FILED
August 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:23-CR-02229-AM** |
| v. | § § § | **INDICTMENT** [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |
| ELEAZAR ALEJANDRO-PIOQUINTO A/K/A ROGELIO RODRIGUEZ-MEJIA | § § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about August 2, 2023, in the Western District of Texas, Defendant,

ELEAZAR ALEJANDRO-PIOQUINTO A/K/A ROGELIO RODRIGUEZ-MEJIA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about May 17, 2022, and that Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
T. PAUL MARKOVITS
Assistant United States Attorney